# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| GILBERT GARRILLE CALDWELL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:11-cv-00081-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2013, Order.

January 4, 2013

Frank G. Johns, Clerk
United States District Court