UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-cv-81-RLV
(5:05-cr-235-RLV-DCK-5)

| | |
|---|---|
| GILBERT GARRILLE CALDWELL, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals remanding this action following the parties' joint motion to remand.

**IT IS HEREBY ORDERED** that, no later than thirty (30) days, the Government shall file a memorandum supporting its position on remand.

Signed: June 23, 2014

Richard L. Voorhees
United States District Judge

-1-